No. 63527.—American Express Company and John J. Ryan & Sons, Inc., et al. *v.* United States, protests 199945–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C.D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.

No. 63528.—Pistorino & Co., Inc. *v.* United States, protests 919843–G, 926681–G, and 941119–G (Boston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63529.—Liberty Liquors, Inc. *v.* United States, protests 17205–K and 25437–K (Boston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63530.—The Caledonia Corp. et al. *v.* United States, protests 183852–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 63531.—John J. Barry et al. *v.* United States, protests 246609–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

NOVEMBER 13, 1959

**No. 63532.**—International Expediters, Inc. *v.* United States, protests 143434–K/1752, etc.— Plaintiff's application for rehearing granted.

NOVEMBER 17, 1959

**No. 63533.**—Pan American Standard Brands, Inc., et al. *v.* United States, protests 320718–K, etc.— —C.D. 2115. Motion of Government for rehearing denied.

BEFORE THE SECOND DIVISION, NOVEMBER 24, 1959

**No. 63534.**—Alexander Sacks, D/B/A Danbury Clock Company *v.* United States, protest 58/9522 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 63535.**—Semca Clock Co., Inc. *v.* United States, protest 58/25287 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 24, 1959

**No. 63536.**—Wm. H. Masson *v.* United States, protests 731135–G, etc. (Baltimore).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.